### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00092 |
| | ) | Judge Trauger |
| | ) | |
| GUILLERMO CABRERA-LEZAMA | ) | |

### O R D E R

It is hereby **ORDERED** that this case is set for a change of plea hearing on Tuesday, July 23, 2013, at 1:30 p.m.

It is so **ORDERED**.

ENTER this 16th day of July 2013.

_____
ALETA A. TRAUGER
U.S. District Judge