IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00092 |
| | ) | Judge Trauger |
| | ) | |
| GUILLERMO CABRERA-LEZAMA | ) | |

**O R D E R**

It is hereby **ORDERED** that the change of plea hearing scheduled for July 23, 2013 at 1:30 p.m. is **RESET** for the same day at 2:00 p.m., due to the unavailability earlier of an interpreter.

It is so **ORDERED**.

ENTER this 19th day of July 2013.

_____
ALETA A. TRAUGER
U.S. District Judge