Motion GRANTED.

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:13-CR-00092 |
| | ) Judge Trauger |
| GUILLERMO CABRERA-LEZAMA, | ) |
| Defendant. | ) |

## MOTION OF THE UNITED STATES FOR
## ISSUANCE OF A PRELIMINARY ORDER OF FORFEITURE

COMES NOW the United States of America, by and through David Rivera, Acting United States Attorney for the Middle District of Tennessee, and Debra Phillips, Assistant United States Attorney, pursuant to Rule 32.2(b)(1) and (b)(2) of the Federal Rules of Criminal Procedure and moves for the issuance of a Preliminary Order of Forfeiture based upon acceptance by the District Court of the Defendant Guillermo Cabrera-Lezama's plea of guilty in the above-styled matter.

A memorandum of law and facts in support of this Motion is filed contemporaneously herewith. Additionally, a proposed Preliminary Order of Forfeiture is attached hereto for the court's convenience.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney

By: /s Debra Teufel Phillips
DEBRA TEUFEL PHILLIPS
Assistant U.S. Attorney
110 Ninth Avenue, South, Suite A-961
Nashville, Tennessee 37203

1