UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:13-CR-00092 |
| | ) | Judge Trauger |
| GUILLERMO CABRERA-LEZAMA, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO AMEND THE JUDGMENT
TO INCLUDE FORFEITURE IN ACCORDANCE WITH
FEDERAL RULES OF CRIMINAL PROCEDURE 32.2(b)(4)(B) and 36**

COMES NOW the United States of America, by and through David Rivera, United States Attorney for the Middle District of Tennessee, and William F. Abely, Assistant United States Attorney, and respectfully submits this Motion to Amend the Judgment entered in the above-styled matter to include the Preliminary Order of Forfeiture, (D.E. 26) either directly or by reference in accordance with Fed.R.Crim.P. 32.2(b)(4)(B) and 36.

A memorandum of law and facts is attached in support of the Motion of the United States.

Respectfully submitted,

DAVID RIVERA
United States Attorney

By: /s William F. Abely
WILLIAM F. ABELY
Assistant U.S. Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: 615 736-5151
Facsimile: 615 736-5323

1